IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Horvath, Rudolph J

Printed:  1/15/08

Case Number:  06 B 11095
Judge:  Wedoff, Eugene R
Filed:  9/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  November 29, 2007
Confirmed:  October 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,250.00 |  |
| Secured: |  | 1,000.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,142.00 |
| Trustee Fee: |  | 108.00 |
| Other Funds: |  | 0.00 |
| Totals: | 2,250.00 | 2,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,674.00 | 1,142.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Centrix Financial A/K/A FlatIron Fin | Secured | 15,000.00 | 1,000.00 |
| 4. | Internal Revenue Service | Priority | 4,489.29 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 22.32 | 0.00 |
| 6. | Centrix Financial A/K/A FlatIron Fin | Unsecured | 16.34 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 247.47 | 0.00 |
| 8. | Auto Title Lenders Inc | Unsecured | 117.00 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 69.20 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 53.74 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 139.02 | 0.00 |
| 12. | Auto Title Lenders Inc | Unsecured | 354.00 | 0.00 |
| 13. | Verizon Wireless | Unsecured | 127.06 | 0.00 |
|  |  |  | $ 23,309.44 | $ 2,142.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 108.00 |
|  | $ 108.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Horvath, Rudolph J | Case Number:  06 B 11095 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/15/08 | Filed:  9/7/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

